IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | Case No. 1:11-cv-00636 AWI JLT (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner in the custody of the U.S. Bureau of Prisons at the Federal Airpark Unit Correctional Center in Big Spring, Texas. To date, Plaintiff has filed approximately one-hundred forty civil cases in this district. The complaint in this action is both rambling and incoherent, and fails to state any cognizable claims under federal law. See Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted. See Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

Accordingly, pursuant to 28 U.S.C. § 1915A, this action is **HEREBY DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated:   June 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE